# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00300-CV

**Julian S. Crowell; Lometa Wann; Jean Wann Edwards; Cynthia McIntire; Lois H. Crowell; Clinton McIntire; Rosamond C. Berry; Michael Clifton Allen; and Dorothy Allen Tidewater, Appellants**

**v.**

**Texas Natural Resource Conservation Commission; George Ralph Roming in his official capacity; George Crumpin his official capacity; City of Stephenville; City of Glen Rose; and Somerville County, Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. 432,066-A, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**

---

On June 6, 2002, appellants filed an unopposed motion to dismiss this appeal, which complains of the district court=s order granting the pleas to the jurisdiction of appellees, the Texas Natural Resource Conservation Commission,[1] George Ralph Roming, George R. Crump, City of Stephenville, City of Glen Rose, and Somerville County. The appellants have informed this Court

---

[1] This appeal involves a dispute over the application for a permit to construct a dam and reservoir on the Paluxy River. In 1987, at the time of the application for the permit, appellants were required to submit the application to the Texas Water Commission, which is now known as the Texas Natural Resource Conservation Commission.

that they no longer desire to prosecute this appeal. Accordingly, we will grant appellants= motion and dismiss this appeal.

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellants= Motion

Filed:   June 27, 2002

Do Not Publish